E-FILED
Wednesday, 28 April, 2021  02:10:34 PM
Clerk, U.S. District Court, ILCD

FILED

APR 2 0 2021

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## AT ROCK ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 21 - 40012 |
| | ) | |
| v. | ) | |
| | ) | VIO:  Title 18, United States Code, |
| DRAKKAR MALIK BOYD, | ) | Sections 922(g)(1) and 924(a)(2) |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about February 18, 2021, in Rock Island County, in the Central District of Illinois, the defendant,

**DRAKKAR MALIK BOYD,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, that is, a Smith & Wesson M&P 40 semi-automatic pistol and approximately eleven rounds of ammunition manufactured by Colt, CBC, Hornady, or Remington-Peters, said firearm and ammunition having previously traveled in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

Upon conviction for the offense alleged in this Indictment, the defendant,

**DRAKKAR MALIK BOYD,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and

Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the

commission of said offense, including, but not limited to, the firearm identified in the foregoing

Count of this Indictment.

**A TRUE BILL**

s/Foreperson

_____

**FOREPERSON**

s/Ryan Bintz

_____

**DOUGLAS J. QUIVEY**
**ACTING UNITED STATES ATTORNEY**
**RDB**

2