UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| )                               | |
| Plaintiff,     ) | |
| v.                              ) | Case No. 21-cr-40012 |
| )                               | |
| DRAKKAR MALIK BOYD,          ) | |
| )                               | |
| Defendant.     ) | |

## **TURNOVER ORDER**

This matter coming before the Court on the Government's Motion for entry of a Turnover Order, the Court finds as follows:

On August 6, 2021, this Court entered a Preliminary Order of Forfeiture (d/e 15) pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), incorporating by reference the provisions of 21 U.S.C. § 853, based upon Defendant Drakkar Malik Boyd's guilty plea and consent to forfeiture;

Commencing on October 26, 2021, the United States notified all third parties of this forfeiture, the intent of the United States to dispose of the property in accordance with law, and their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

On or about October 26, 2021, Mr. Daniel Beaudry submitted a claim to the United States Attorney's Office asserting an ownership interest in the subject firearm and ammunition, and the Government has agreed to release its forfeiture hold of the property and turnover said property to its rightful owner.

ACCORDINGLY, the Government's Motion for a Turnover Order is GRANTED, and IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. All right, title, and interest in and to the Smith & Wesson M&P 40 semi-automatic pistol, bearing serial number HPR1572 and eleven rounds of ammunition will be turned over by the United States, or its designee, to Mr. Daniel Beaudry, the rightful owner of said property.

ENTERED: _____February 11_____, 2022.

                                                      s/Sara Darrow
                                            SARA DARROW
                                            UNITED STATES CHIEF DISTRICT JUDGE